

# THE THIRTEENTH COURT OF APPEALS

## 13-20-00202-CV

In the Matter of the Marriage of Crystal Gayle Caldwell-Bays and Marvin Bays

On Appeal from the
451st Judicial District Court of Kendall County, Texas
Trial Court Cause No. 16-237-CCL

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be reversed and the cause remanded to the trial court. The Court orders the judgment of the trial court REVERSED and REMANDED for further proceedings consistent with its opinion. Costs of the appeal are adjudged against appellee.

We further order this decision certified below for observance.

August 26, 2021